CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment ( x )
Complaint ( )
Information ( )
Felony ( x [count 1] )
Misdemeanor ( x [count 2] )
Juvenile ( )

County of Offense: Davidson and Others
AUSA's NAME: Amanda J. Klopf

Reviewed by AUSA: _AJK_
(Initials)

Dennis Green
Defendant's Full Name

Defendant's Address

Defendant's Attorney

Interpreter Needed? ___ Yes _x_ No

If Yes, what language? _____

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 USC 241 | Conspiracy to Obstruct Access to a Clinic Providing Reproductive Health Services | 10 years | $250,000 |
| 2 | 18 USC 248(a)(1), 2 | Violation of the FACE Act | Not more than 1 year.* | $10,000 |

* In the case of a second or subsequent offense after a prior conviction under this section, not more than 3 years

Is the defendant currently in custody? Yes ( ) No ( x ) If yes, State or Federal? Writ requested ( )

Has a complaint been filed? Yes ( ) No ( x )
If Yes: Name of the Magistrate Judge _____ Case No.: _____
Was the defendant arrested on the complaint? Yes ( ) No ( )

Has a search warrant been issued? Yes ( x ) No ( )

Was bond set by Magistrate/District Judge? Yes ( ) No ( x ) Amount of bond: _____

Is this a Rule 20? Yes ( ) No ( x ) To/from what district? _____
Is this a Rule 40? Yes ( ) No ( x ) To/from what district? _____

Estimated trial time: 5 days

The Clerk will issue (a Warrant) (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ( ) No ( x ) Recommended conditions of release: _Do not enter a facility that provides reproductive health services without prior approval of the probation office_