UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*Motion, DE119 is GRANTED.* /s/ Barbara D. Holmes

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:22-CR-00327 |
| | ) | JUDGE TRAUGER |
| CHESTER GALLAGHER, et al | ) | |

## MOTION TO STRIKE DOCKET ENTRY 118

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves the Court to strike docket entry 118, which was filed in error.

Respectfully submitted,

MARK H. WILDASIN
United States Attorney

By: s/ Amanda J. Klopf
Amanda J. Klopf
Assistant United States Attorneys
719 Church St., Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2022, I electronically served one copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a copy to defendant's counsel.

By: s/ Amanda J. Klopf
Amanda J. Klopf
Assistant United States Attorneys
719 Church St., Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151

1