3:22-cr-00327 CN

To the Honorable Aleta Trauger

Re: July 2nd sentencing of 6 defendants

Your Honor, may God place on your heart and decision for the leniency these pro-lifers deserve. They are not violent criminals and a federal penitentiary jail time seems awfully harsh. They were doing what they felt was right and meant no harm to anyone.

Thank you for your consideration,

Betty Jo

RECEIVED

JUN 21 2024

U.S. District Court
Middle District of TN



Ms. Betty Raby
3801 Huntwood Rd.
N Chesterfld, VA 23235

RICHMOND VA PPDC 230
3 JUN 2024 PM 5 L

RECEIVED

JUN 21 2024

U.S. District Court
Middle District of TN

The Honorable Aleta Trauger
Fred D. Thompson U.S. Court +
Federal Bldg.
719 Church St
Nashville, TN 37203

37203-709499

June 16, 2024

To: Honorable Aleta Trauger

Re: July 2 sentencing of six
defendants convicted of violating
the FACE act.

Please your Honor, exercise leniency in
sentencing. These are not violent criminals.
I have personally known Denny Green
for many years and his family. They
are kind, good, honest American people.
The kind of people you would feel safe
living next door too. Denny does
not deserve jail time. Please, I pray
be merciful. Thank you for your
kind consideration in this matter.

Amber Graves
10401 W. Providence Rd
North, Chesterfield, VA
23236



Amber T. Graves
10401 W. Providence Rd.
N Chesterfld, VA 23236

RICHMOND VA RPDC 230

13 JUN 2024  PM 3  L



The Honorable Aleta Trauger
Fred D. Thompson US Courthouse + Federal Bldg
719 Church Street
Nashville, TN 37203

37203-709499

The Honorable Alita Trauger,
Fred D. Thompson U.S. Courthouse & Fed. Bldg.
719 Church Street
Nashville, TN. 37203

Honorable Trauger,

I am writing about 6 defendents
accused of breaking the FACE Act.
Please, Your Honor, exercise leniency
in sentencing these six people!
They are not violent criminals
but peaceful loving parents, one
of them has thirteen children.
Please do not send them away
for years into a federal penitentiary.
Thank you for your time in reading
my letter.

Sincerely,

Evelyn Rall
778 OLD FORT ROAD
JERSEY SHORE, PA
17740



Evelyn Rall
778 Old Fort Rd
Jersey Shore, PA 17740-8036

HARRISBURG PA 171
6 JUN 2024 PM 3 L

The Honorable Alita Trauger
Fred D. Thompson U.S. Court house & Fed.
719 Church Street
Nashville, TN. 37203

37203-709499

06-10-2024

Please Your Honor,
  Exercise leniency in sentencing. They are not violent criminals and should not be sent away for years into a federal penitentiary.

                    Sincerely,
                    Joyce Raby



"A POPULAR GOVERNMENT WITHOUT POPULAR INFORMATION, OR THE MEANS OF ACQUIRING IT, IS BUT A PROLOGUE TO A FARCE OR A TRAGEDY, OR PERHAPS BOTH."

*James Madison*



**Judicial Watch**
*Because no one is above the law*®

Judicial Watch was founded in 1994 as a constitutionally conservative, nonpartisan educational foundation that promotes transparency, accountability and integrity in government, politics and the law. Our dedicated staff share a common commitment to our motto and motivation, "Because No One Is Above the Law!" Today our investigations, research, litigation and public education work is supported by more than 900,000 active members in all 50 states and the District of Columbia. Thanks to their generous help, Judicial Watch is regarded as the largest and most effective government watchdog and public policy group in America.





Dr. & Mrs Elton P. Raby USA
2907 Glenn Dr
Hattiesburg, MS 39401

GULFPORT MS 395

12 JUN 2024 P 2 L

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church St.
Nashville, Tn. 37203

June 12, 2023

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

To: Honorable Trauger:

Please dismiss or minimize the charges against Coleman Boyd and the six defendants with h*im. Their purpose was to rescue not harm.*

*Thank you for your kind consideration,*

*Wanda Stanton*

*Wanda Stanton*
*4427 E. Cromwell St.*
*Springfield, MO 65802*

Wanda Stanton
4427 E Cromwell St
Springfield, MO 65802



SPRINGFIELD MO 658

13 JUN 2025 PM 3 L

FOREVER / USA

The Honorable Aleta Trauger
Fred Thompson U.S. Courthouse + Federal Blg.
719 Church Street
Nashville, TN 37903

37203-703499

Bob and Lyda Gilmore, 300 W Leake St., Clinton, MS 39056

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

RE: Sentencing of Dr. Coleman Boyd scheduled for July 2, 2024

Judge Trauger,

It is with great hope that we petition for your consideration of a probated sentence
when deciding the punishment for our friend Dr. Coleman Boyd.

Coleman has been a friend for many years and his humanitarian efforts have been
exemplary. He and his family have diligently provided for the homeless population in
Jackson, Mississippi by providing food and encouragement for those less fortunate.
Since they live on a farm they have been able to grow crops to supply the needs of many
indigent folks.

Coleman's family of 13 children represent a composite of our country's citizens. He and
his wife have adopted children of Asian and Black descent providing a loving family for
children who otherwise would not have the benefit of being included in a community
that cares for them. Being a doctor, Coleman also has the medical training to provide for
them medically. Coleman and his family have welcomed single young mothers into their
home while they are expecting a child and in one case they adopted the newborn of a
teen mother who lived with them.

In the last several years, Coleman has been building an orphanage in Thailand and has
made several trips to Ukraine to help with the medical needs of people who are having
to deal with the ravages of war.

These are some of the reasons we ask for your leniency in sentencing Coleman on July 2.
His family and our community needs him and his dedication to care for so many who
have had a tough time in life.

We sincerely thank you for your consideration in this important decision.

Bob & Lyda Gilmore

Mr. & Mrs. Robert Gilmore
300 W. Leake St.
Clinton, MS 39056



JACKSON MS 390

13 JUN 2024 PM 3 L



3T203-709499

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

The God of the Holy Scriptures
judges in righteousness — not
in unfairness to one, but
not the same righteous
judgement to another! God
has enabled you to be
a judge — I pray you
will be one who judges
with mercy and righteousness
I pray for leniency for
this Christian family whose
husband and father is a
man of God's Holy Word — who
is a doer of God's Word
and God's Commandments.
One Commandment is "Thou
shall not kill" We will all
face judgement one day when
we stand before a Holy God
to give an account of
our Mercy — our forgiveness —
our good deeds →

the God of the Holy Scriptures
judges in righteousness – not
in unfairness to one but
not the same righteous
judgement to another! God
has enabled you to be
a judge – I pray you
will be one who judges
with mercy and
righteousness – I pray
for leniency for this
Christian family whose
husband and father is
a deliver of God's holy
word as a ~~physician~~ and
a doer of God's words
and God's commandments –
We will all face judgement
one day when we stand
before a Holy God to give an
account of our mercy our
forgiveness our good deeds

and our sins. Bible says
God will show mercy who
have been merciful —
Please have Mercy on
Dr Coleman and the 5
others who will stand before
you. They aren't criminals.
They are BELIEVERS in
the Sanctity of Life and
of God's Holy Word —
I pray for you and if
you don't Know Jesus
as your Savior that you
will accept Him as your
Lord & Savior. He is the
Righteous God and soon
coming King —
Thank You —
Sherry Tatum
22 Cherokee Dr
White, Ga 30184
770-362-0898



Mrs. Sherry Turan
~~ Cherokee Dr. NE
Atlanta, GA 30184-2809

ATLANTA GA RPDC 302

13 JUN 2024 PM 7 L

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and
Federal Building
719 Church Street
Nashville, Tn.

37203-709499



HOME OF THE BRAVE

Sherry ~~Sherry~~ Tatum
22 Cherokee Dr NE
White GA 30184-2809

June 13, 2024

Dear Judge Trauger,

For peacefully protesting at an abortion clinic in Mount Juliet, Tennessee on March 5, 2021, six people were determined to be criminal.

On July 2, 2024, you will hand down sentences to these six people who were trying to non-violently protect unborn human life. Among the six is Doctor Coleman Boyd, an emergency room physician and father of 13 children.

Please show leniency in sentencing these non-violent, life-loving people. Thank you.

Sincerely,
Paul Bochurinski

PAUL BOCHULINSKI
2501 IRON WOOD DR
APT 436
SUN PRAIRIE, WIS 53590

MILWAUKEE WI 530
13 JUN 2024 PM 5 L



THE HONORABLE ALETA TRAUGER
FRED D. THOMPSON U.S. COURTHOUSE
719 CHURCH STREET
NASHVILLE, TN 37203

37203-709499

The Honorable Aleta Trauger

Your Honor, please exercise leniency in sentencing Dennis Green on July 3 for violation of the FACE act and also for others like him. He is a peaceful man who loves his family, loves God, and loves the unborn. I pray God will guide you in your decision. I pray God will bless you and your house and may He give you wisdom and mercy in sentencing. Thank you for your consideration and your time.

Asher Byers

RICHMOND VA RPDC 230

14 JUN 2024 PM 6 L

The Honorable Aleta Trauger
Fred D. Thompson US Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

37203-709499

Judge Aleta Trauger,

Dear Judge,

The reason I am writing this letter is on behalf of Mr. Coleman Boyd and Five other defendants who was arrested in March 2021 for simply trying to persuade pregnant women from killing their precious babies and choose life. If a person saw another person on the street and was being beaten to death by someone I would hope some kind of intervention would happen to prevent a life being loss. Abortion is not healthcare. It involves two people; one undergoing an unnecessary surgery and the other being murdered. How is that considered "Healthcare".

I plead with you to not put these individuals in prison. We need courageous people like them to try and stop the murdering of babies which since Roe v. Wade about 65 million have been slaughtered.

Before you sentence them please look in your car mirror and see if you really have it in you. to convict them.

Respectfully,

John Stober
Po Box 974
California, Md 20619

"Behold, I stand at the door ... "
Jesus, Revelation 3:20

Mr John Stober Jr
PO Box 974
California, MD 20619

CAPITAL DISTRICT 208
14 JUN 2024 PM 2 L



JUDGE ALETA TRAUGER
FRED THOMPSON US. COURT HOUSE + FED BLDG
719 CHURCH STREET
NASHVILLE, TN 37203

37203-709499

To:

The Honorible Aleta Trauger

Fred D. Thompson Bldg

719 Church Street

Nashville TN 37203

Regarding Pace Act Repeal

Your Honor, please consider and support the repeal of the

FACE act. Those participating that day were fulfilling their God

given beliefs that unborn chidren should be protected! They were not
criminals but only excercising their First Amendmant rights in a
peaceful way!

Thanks for your consideration!

Lawrence & Annette Toering

908 W. Toledo Circle

Broken Arrow OK 74012

1

Foering
208 W. Toledo Cir
Broken Arrow OK 74012

TULSA OK 740

11 JUN 2024 PM 2 L



The Honorable Alletu (Manager
Fred D. Thompson Bldg.
719 Church Street
Nashville TN 37203

37203-3098

The Honorable Aleta Trauger

Your Honor, please exercise leniency in sentencing Dennis Green on July 3 for violation of the FACE act and also for others like him. He is a peaceful man who loves his family, loves God, and loves the unborn. I pray God will guide you in your decision. I pray God will bless you and your house and may He give you wisdom and mercy in sentencing. Thank you for your consideration and your time.

Jasmyne Byers

RICHMOND VA RPDC 230

13 JUN 2024 PM 2 L

The Honorable Aleta Trauger
Fred D Thompson US Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

37203-705499



The Honorable Aleta Trauger

Your Honor, please exercise leniency in sentencing Dennis Green on July 3 for violation of the FACE act and also for others like him. He is a peaceful man who loves his family, loves God, and loves the unborn. I pray God will guide you in your decision. I pray God will bless you and your house and may He give you wisdom and mercy in sentencing. Thank you for your consideration and your time.

Rosetta Byrel

RICHMOND VA RPDC 230
13 JUN 2024 PM 2 L

The Honorable Aleta Trauger
Fred D. Thompson US courthouse
and Federal Building
719 Church Street
Nashville, TN 37203

37203-705499



The Honorable Aleta Trauger

Your Honor, please exercise leniency in sentencing Dennis Green on July 3 for violation of the FACE act and also for others like him. He is a peaceful man who loves his family, loves God, and loves the unborn. I pray God will guide you in your decision. I pray God will bless you and your house and may He give you wisdom and mercy in sentencing. Thank you for your consideration and your time.

Kevin L. Byers

RICHMOND VA RPDC 230

13 JUN 2024 PM 2 L

The Honorable Aleta Traurger
Fred D Thompson US Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

37203-7054599

To The Honorable Aleta Trauger

I would ASK you to show
leniency in sentencing
Dennis Green
ON JULY 3

Thank you

M Michel Belleferille

The Honorable ALeta TRAUGER
FRED D. Thompson US Courthouse
And FEDERAL BUILDING
719 Church St
NASHVILLE TN 37203
U.S.A.

240611111001





June 11, 2024

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

Dear Honorable Trauger,

We write to ask you to exercise leniency in sentencing regarding the case of Dr. Coleman Boyd and codefendants . Whereas, we do not know them personally, we have strong beliefs regarding the immorality of abortion and see this conviction as an attempt to cut off the rights of the Boyds and others who are trying to let their voices be heard. This action of theirs falls more within the Constitutional rights of individuals than the actions of those who run baby killing mills in the name of health. Please consider the greater picture here; maybe even dismiss any penalties at all.

Sincerely,

*Leon Bedsole*

*Patricia Bedsole*

Leon and Patricia Bedsole

Leon Bedsole
13033 Riverwalk Circle
Diberville, MS 39540

3720387054 0015

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse
719 Church Street
Nashville, TN 37203

Tue June 4

Dear Judge Trauger —

Please show leniency in sentencing
Dennis Green + the others in the Mt Juliet
rescue.

These are gentle, non-violent people.
Thank you for your mercy.
God bless you.


Larry L Garber
20 Harter St.
Marietta PA 17547



Larry L. Garber
20 Harter St
Marietta, PA 17547-9533

HARRISBURG PA 171
4 JUN 2024 PM 4 L



The Honorable Aleta Trauger
Fred D. Thompson US Cthouse & Fed Bldg.
719 Church St.
Nashville, TN 37203

37203-70941

06/14

Judge Aleta Trauger,

On July 3, 2024 you will be sentencing a very close friend of mine, Dennis Green. I write to you in view of this upcoming sentencing. Denny Green, along with 5 others, were unjustly convicted in your courtroom on January 30, 2024. The unjust verdict was NOT brought by you; however, the sentencing that follows DOES rest upon the authority that has been granted to you by God. Therefore, I urge you to exercise this God given authority in a way that is good and just according to the only true standard of justice, namely God's. A unique opportunity has been given to you to establish true justice on the coattails of a grave injustice.

It is my duty as a Christian minister and an American citizen to inform you of the person and character of Dennis Green. I have known Denny for about 3 years and he has become a good friend of mine. Denny Green is a good man, a true embodiment of a faithful husband, father, and a man who loves God with all his heart, soul, and mind. He is a faithful citizen who loves his neighbor as himself and treats others the way he would want to be treated.

Denny is a father of 13 children with some of them still living under his roof, and he being the sole provider for his wife and children. I have observed him as a husband and a father, and he is an example to model when it comes to loving and providing for his wife and children. He demonstrates the qualities of selflessness, temperance, and self control, beyond measure. Denny's youngest child has down syndrome. This child has grown to be Denny's best friend and sidekick. They go and do everything together. For this child to be separated from his dad would be detrimental to the child's wellbeing.

Denny runs a couple of successful family businesses. One is an online bookstore, and the other is working and helping the Amish in and around his community. He is not a dead beat that does not contribute to society. Rather, he is a hardworking man that provides excellent services to and for people, and therefore, contributes to society.

Denny is a Christian ministry and services in his local church. He is dedicated to loving and serving people. He loves and cares for the needy in the nearby communities.

As a missionary, Denny has lived and temporarily worked all over the world. He has spent much time sharing the good news found in Jesus Christ and giving humanitarian and financial aid and simply encouraging folks in need in all of these places.

Judge Trauger, the point of all of this is in no way to praise Denny or lift him up. Rather, it is to help you to see the type of person that you are sentencing and potentially taking out of society. I urge you to do right and establish justice and drop the charges against Denny Green.

Sincerely,

Zach Hebb
167 Whitener Road
Penrose, NC 28766

ZACHARY ELY HEBB
167 WHITENER RD.
PENROSE, NC 28766

GREENVILLE SC 296

12 JUN 2024 PM 3 L



JUDGE ALETA TRAUGER
FRED D. THOMPSON US COURTHOUSE &
FEDERAL BUILDING
37203-709459
719 CHURCH ST. NASHEVILLE, TN 37203

The Honorable Aleta Trauger

Fred D. Thompson U.S. Courthouse and Federal Building

719 Church Street

Nashville, TN 37203


The Honorable Aleta Trauger


Please Your Honor, exercise leniency in sentencing Coleman Boyd and the 5 codefendants. They are NOT violent criminals and should not be sent away to a federal penitentiary.

Thank you for your consideration


Yours Truly

Rev. Deborah Widdowson

The Honorable Aleta Trauger
Fred D. Thompson
719 Church St
Nashville TN 37203

PRE FROFLEX MI 480
11 JUN 2024 PM 2 L

37203-7053558

USA H
First-Class Rate



The Honorable Aleta Trauger:

Re: The sentencing of six pro-lifers who were praying at an abortion clinic.

I'm not sure I understand.

Ripping the arms and legs off the body of a fetus and crushing her skull. This is deemed "reproductive health service".

Dr. Boyd and his wife Robin have 13 children. I'm sure most are adopted. These children need their dad! I'm sure you know the statistics, boys without a father get involved with gangs and dealing in drugs. Girls drop out of school and become pregnant at 14.

Whatever the sentence you decide to impose on Dr. Boyd. I'm offering to take his place in prison.

Waiting to hear from you.

Sam Zook
28 Battens Circle
Leola, PA 17540
717.572.7286
samuelzook@icloud.com

Zach
RD Bradford Tn.
17640

The Honorable Aleta Trauger
First D. Thompson U.S. court house
719 church street
At Federal Building
Nashville, Tn. 37203

June 9, 2024

The Honorable Aleta Trauger
Fred D. Thompson U.S Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

RE: Freedom of Access to Clinic Entrances Act (FACE Act)

Your Honor:

I am praying for you. The inner workings of this case, I can only imagine the difficulty of judging with righteous judgment while enforcing the laws of this Great country. My fellow brothers and sisters see the value of one single life of a child and the mental anguish of the parents who decide to abort their child. They have decided to dedicate not only their time but their lives to protect the most precious among us, the most vulnerable among us, those who can't speak for themselves. Imagine if someone was trying to kill me or you before you had a voice. Your Honor, you now stand in the gap of adding to the devastation that already has had a tremendous effect on our country and of those that were trying to save a life or reducing that destruction and showing great compassion and mercy. I plead that you would not participate further in the loss and destruction of life but the giving of grace. We as believers are accountable before God and I guarantee that my fellow brothers and sisters will see their error and not repeat a misunderstanding of a law they were not as familiar with as they are now. Please Your Honor exercise the power of Grace and Mercy as you sentence these individuals.

Sincerely, Wade Allen Hoover Jr

Wade Hoover
970 Ruritan Lake Rd
Scottesville VA 24590

GREENSBORO INC 270
PIEDMONT TRIAD AREA
12 JUN 2024 PM 4 L

FREEDOM
FOREVER/USA

The Honorable Altea Trauger
Fred D. Thompson U.S Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

37203-70549599